**IN THE UNITED STATE DISTRICT COURT**

**STATE OF UTAH**

| | |
|---|---|
| **BEATRIZ PEREZ,** | **REPORT & RECOMMENDATION** |
| **Plaintiff,** | |
| **vs.** | **Case No.  1:24-cv-00085** |
| **FRESENIUS USA MFG,** | **District Court Judge Tena Campbell** |
| **Defendant.** | **Magistrate Judge Dustin B. Pead** |

The case is before the undersigned pursuant to a 28 U.S.C. § 636(b)(1)(B) referral from District Court Judge Tena Campbell. (ECF No. 7, Notice of Non-Consent.)

On June 26, 2024, the court issued an order outlining the deficiencies of Plaintiff Beatriz Perez's ("Plaintiff") pleading and ordered her to file an amended complaint no later than July 17, 2024. (ECF No. 8, Ruling And Order.) That date has passed and Plaintiff has not filed a motion for an extension of time or an amended complaint. As a result, the court recommends dismissal of Plaintiff's action.

## STANDARD OF REVIEW

Pursuant to Federal Rule of Civil Procedure 41(b), "[if] the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." "Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts [as here] to dismiss actions *sua sponte* for a plaintiff's failure to . . . comply with the rules of civil procedure or court's orders.

*Olsen v. Mapes,* 333 F.3d 1199, 1205 n.3 (10th Cir. 2003); *see also Nasious v. Two Unknown B.I.C.E. Agents,* 492 F.3d 1158, 1161 (10th Cir. 2007) (*citing Petty v. Manpower Inc.,* 591 F.2d 615, 617 (10th Cir. 1979) ("a district court may, without abusing its discretion, enter such an order without attention to any particular procedures")).

<b><u>RECOMMENDATION</u></b>

Plaintiff failed to comply with the District Court's Order requiring her to file an amended complaint no later than July 17, 2024. Federal Rule 41(b) allows for dismissal of an action based on a plaintiff's failure to comply with court orders. Fed. R. Civ. P. 41(b). Further, in failing to file an amended complaint, Plaintiff has not cured the defects of her original pleading as identified in the court's June 26, 2024 Order. (ECF No. 8) (the complaint "fails to set forth any viable federal claim and does not satisfy the minimum pleading requirements set forth under Rule 8."). Accordingly, for these reasons, the Court RECOMMENDS that Plaintiff's case be dismissed without prejudice.

Consistent therewith, the Clerk's Office is directed to send copies of this Report and

Recommendation to all parties who are hereby notified of their right to object. *See* 28 U.S.C. §

636(b)(1); Fed. R. Civ. P. 72(b). The parties must file any objection to this Report and

Recommendation within fourteen (14) days of service. Failure to object may constitution waiver

of the objections upon subsequent review.

DATED this 18th day of July, 2024.

BY THE COURT

_____

DUSTIN B. PEAD
Magistrate Judge
United States District Court

3