IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| BEATRIZ PEREZ,<br><br>               Plaintiff,<br><br>v.<br><br>FRESENIUS USA MFG,<br><br>               Defendant. | **ORDER OF DISMISSAL**<br><br>Case No. 1:24-cv-00085-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

On July 18, 2024, United States Magistrate Judge Dustin B. Pead issued a Report & Recommendation (R&R) recommending that the court dismiss this action without prejudice for failure to comply with the court's order directing the Plaintiff to cure the defects in her original pleading and file an amended complaint. The parties were given fourteen days to file objections to the R&R. Nothing has been filed and the time for objecting has passed.

The court has reviewed the matter and the R&R for clear error and finds that it is correct in all material respects. See Fed. R. Civ. P. 72 advisory committee's note dated 1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The court agrees that the case should be dismissed for failure to prosecute. Accordingly, the court adopts the R&R (ECF No. 9) in its entirety.

**ORDER**

This action is dismissed without prejudice and the Clerk of Court is directed to close the case.

DATED this 2nd day of August, 2024.

2

BY THE COURT:

*Tena Campbell*
Tena Campbell
United States District Judge