AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

BEATRIZ PEREZ,

    Plaintiff,

v.

FRESENIUS USA MFG,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:24-cv-00085-TC-DBP

IT IS ORDERED AND ADJUDGED

That this action is dismissed without prejudice for failure to prosecute.

August 2, 2024
*Date*

BY THE COURT:

_Tena Campbell_
Tena Campbell
United States District Court Judge